UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY )<br>7611 South Orange Bl. Tr. )<br>#278 )<br>Orlando, FL 32809 )<br>       )<br>       Plaintiff )<br>       v. )<br>JOHN W. SNOW, )<br>Secretary )<br>U.S. Department of the Treasury )<br>       )<br>       Defendant. ) | Civil Action No. 05-2277 (EGS)<br>ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of **December**, 2005, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **Steven Ivey,** by first class United States mail, postage prepaid, to:

**STEVEN IVEY**
**7611 South Orange Bl. Tr.**
**#278**
**Orlando, FL 32809**


/s/
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372