IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,                    )
        Plaintiff,              )
                         )   Civil No. 04-1377 (EGS)
              v.      )
                         )
JOHN W. SNOW                    )
U.S. Department of the Treasury )
        Defendant.              )

DECLARATION OF GARRY WADE KLEIN

I, GARRY WADE KLEIN, pursuant to 28 U.S.C. § 1746, declare and state as

follows:

    1.  I am a senior attorney in the Atlanta Area Counsel (General Legal Services),

Office of the Chief Counsel for the Internal Revenue Service (IRS).

    2. As a senior attorney in General Legal Services, I am responsible for

representing the Agency in administrative appeals filed with the Merit Systems

Protection Board and the Equal Employment Opportunity Commission.

    3.      I was assigned several such cases involving former IRS employee Steven

Ivey.

    4.      The Plaintiff was employed at the IRS Atlanta Submission Processing

Center, located in Chamblee, Georgia.

    5.      The Plaintiff's employment with the IRS in Georgia was terminated during

his probationary period.

    6.      In representing the Internal Revenue Service, Department of Treasury, in



DEFENDANT'S
EXHIBIT
4

the appeals filed by the Plaintiff with the Merit Systems Protection Board and the Equal Employment Opportunity Commission, I obtained the relevant and material records from the IRS officials located in the Northern District of Georgia.

7.      Additionally, all necessary and relevant IRS management witnesses who have knowledge regarding the Plaintiff's termination are located in the Northern District of Georgia.

I declare under penalty of perjury that the foregoing document consisting of two pages is true and correct.

Executed this 30th day of September, 2004, in Atlanta, Georgia.


GARRY WADE KLEIN
Senior Attorney
Atlanta Area Counsel (GLS)
Office of the Chief Counsel
Internal Revenue Service
401 W. Peachtree Street, Suite 640
Atlanta, GA  30308-3539