UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>JOHN W. SNOW, Secretary of Treasury, )<br>U.S. Department of the Treasury, )<br>)<br>      Defendant. )<br>_____ ) | Civil Action No: 05-2277 (EGS) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss or for Transfer of Venue, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED; and it is

ORDERED that this action be and hereby is

    [ ]    DISMISSED with prejudice.

    [ ]    TRANSFERRED to the Northern District of Georgia.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

PETER S. SMITH
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

STEVEN IVEY
7611 S. Orange BL TR, #278
Orlando, FL 32809