UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN SNOW, Secretary, United States Department of the Treasury,<br><br>    Defendant. | Civil Action No. 05-2277 (EGS) |

**TRANSFER ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #6] is DENIED WITHOUT PREJUDICE, and the motion for transfer of venue [Dkt. #7] is GRANTED. It is further

ORDERED that this civil action shall be TRANSFERRED to the United States District Court for the Northern District of Georgia.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
                United States District Judge

Dated:    September 20, 2006